IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.
05 DEC 16 PM 1:45

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| MYLES E. CURTIS, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2908-Ml/V |
| BRUCE PEARSON, | X | |
| Respondent. | X | |

ORDER DIRECTING PETITIONER TO FILE AN <u>IN FORMA PAUPERIS</u> AFFIDAVIT
OR PAY THE HABEAS FILING FEE

Petitioner Myles E. Curtis, Bureau of Prisons inmate registration number 11851-064, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a <u>pro se</u> petition pursuant to 28 U.S.C. § 2241 on December 6, 2005. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Curtis's petition is not accompanied by either the filing fee or a motion to proceed <u>in forma pauperis</u>. Accordingly, Curtis is ORDERED either to submit a properly completed <u>in forma pauperis</u> affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-19-05_

filing fee within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner *in forma pauperis* affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this ___15___ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed *in forma pauperis* will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02908 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Myles E. Curtis
FCI-MEMPHIS
11851-064
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT